

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:NAM
F. #1992V13302
76.Reqadjtrial.Docx

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 12, 2013

<u>By ECF & US Mail</u>

Honorable Leonard D. Wexler
United States District Judge
944 Federal Plaza
Central Islip, New York 11722

   Re: <u>*United States v. Hollywood Motor Inn*,</u>
     <u>Civil Action No. CV-92-4778 (LWD)</u>

Dear Judge Wexler:

  The undersigned respectfully requests that the September 3. 2014 trial date with respect to the above-referenced action be adjourned 30 days to permit the parties additional time to execute the agreed upon settlement documents.

  This extension is necessary as the Claimant, Joseph Boylan, who suffers ill health, has been intermittently hospitalized this spring and summer and thus has not been available to meet with his counsel to execute the final settlement documents. In addition, it is our understanding that Mr. Boylan was unable to meet with his counsel prior to their departure for Europe. Claimant's attorneys are not expected to return from abroad until early September.

  The undersigned has discussed this matter with Carla Comisso, Esq., who on behalf of Steve Zissou, Esq. and Sally Butler, Esq., attorneys for Claimant Joseph Boylan,

has consented to this request. The undersigned has further discussed this matter with Robert T. Fuchs, Esq., Receiver for Defendant *in rem*, who has also consented to this request.

Thank you for Your Honor's consideration of this matter.

                    Very truly yours,

                    LORETTA E. LYNCH
                    United States Attorney

By:   *Nancy A. Miller*
           NANCY A. MILLER
           Assistant U.S. Attorney
           (718) 254-6031

cc:   (Via ECF & USPS)

Steve Zissou, Esq.
Steve Zissou & Associates
4240 Bell Boulevard
Bayside, NY  11361

Sally Butler, Esq.
Steve Zissou & Associates
4240 Bell Boulevard
Bayside, NY  11361

Robert T. Fuchs, Esq.
256 C Orinoco Drive
Brightwater, NY 11718